Civil Action No.   3:25-cv-00014-KC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Jeffery C Bogert**
was recieved by me on **2/27/2025:**

- [X] I personally served the summons on the individual at **827 Moraga Dr, Las Angeles, CA 90049** on **02/28/2025 at 1:46 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  02/28/2025

*Server's signature*

**Rudolf Ishkhanyan**
*Printed name and title*

**12829 elkwood st
North Hollywood, CA 91605**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; CIVIL COVER SHEET; CLASS ACTION COMPLAINT, to Jeffery C Bogert with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 200-240 lbs with a goatee.**




Tracking #: **0160320323**