UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ROSE SALAIZ** *on behalf of herself and all others similarly situated*, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | EP-25-CV-0012-DCG |
| **COREBRIDGE FINANCIAL, INC.**, *a Delaware Corporation*, | § § § § | |
| *Defendant*. | § § § § § | |

## ORDER FOR DISMISSAL PAPERS

The parties in the above-captioned case inform the Court that they have reached a settlement in this matter and are in the process of finalizing settlement documents. Notice Settlement, ECF No. 13, at 1. The parties anticipate finalizing and filing the dismissal papers within the next sixty days. *Id.*

The Court therefore **ORDERS** the parties to file dismissal papers **by June 24, 2025.** If the parties need additional time to finalize the settlement, they **SHALL FILE** a request for more time **by that same date.**

The Court **VACATES** its Scheduling Order (ECF No. 11) in this case.

**So ORDERED and SIGNED this 29th day of April 2025.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE

1